**THE COSTA LAW FIRM**
DANIEL P. COSTA, State Bar No. 110919
455 University Avenue, Suite 360
Sacramento, California  95825
Telephone:  (916) 920-2856
Telecopier:  (916) 920-2857

Attorneys for Defendant
JIMMY RAY MULLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE YEAGER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AUBURN HONDA, JAY COOPER, JIMMY RAY MULLINS, HONDA NORTH AMERICA, INC., and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | CASE NO. CIV.-S-04-0912 WBS GGH<br><br>**STIPULATION TO CONTINUE TRIAL DATE, DISCOVERY CUT-FF, INCLUDING EXPERT DISCLOSURE, AND FINAL PRE-RIAL CONFERENCE**<br><br>Date: May 16, 2005<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge William B. Shubb<br><br>Trial date: January 31, 2006 |

WHEREAS on or about April 11, 2005, the DEFENDANTS filed a Motion to Extend: 1) Discovery cutoff Date, Including Expert Disclosure,  2) Law and Motion Cut off Date, 3) Final Pre-Trial Conference, and 4) Trial date.  PLAINTIFF'S counsel, having received and reviewed said Motion has agreed not to oppose the Motion and, in fact, to Stipulate to the requests sought in that Motion.

WHEREAS the Complaint in this action was filed on May 7, 2004.  The Pretrial Scheduling Order entered on July 29, 2004, articulated the following deadlines: 1)  That experts be disclosed and

1 their reports produced by March 18, 2005 with expert discovery completed no later than August 29,
2 2005; 2) that all other discovery was to be completed by July 29, 2005; 3) that all motions be heard
3 on or before September 30, 2005; 4) that the Final Pretrial Conference be held on November 21, 2005,
4 and 5) that the Trial of this matter commence on January 31, 2006.

5     WHEREAS PLAINTIFF has caused the DEFENDANTS great delay due to PLAINTIFF'S
6 refusal to timely respond to written discovery and said delay caused the DEFENDANTS to lose at least
7 six months time during which they could have been conducting further discovery including depositions.
8 In light of the lost time, the DEFENDANTS now do not have enough time to complete the thirty-five
9 depositions they need to complete before the July 29th discovery cut-off.

10     THEREFORE, the parties stipulate by and through each's respective attorney of record to
11 continue the Trial date and all other deadlines preceding the Trial date by six months. Thus, with Court
12 approval, the new deadlines would be:

13     1) That experts be disclosed and their reports produced on September 19, 2005 with
14     expert discovery completed no later than February 28, 2006;
15     2) That all other discovery was to be completed by January 30, 2006;
16     3) That all motions be heard on or before March 30, 2005;
17     4) That the Final Pretrial Conference be held on May 22, 2006 at 10:00 am;
18     5) That the trial of this matter commence on August 1, 2006 at 9:00 am.

19 SO STIPULATED.

20 Dated: April ___, 2005                                                          THE COSTA LAW FIRM

21

22                                                              By: ____/s/_____
23                                                                  DANIEL P. COSTA
                                                                 Attorneys for Defendant
                                                                 JIMMY RAY MULLINS
24

25

26

1  Dated: April ___, 2005                          WRIGHT & BRITTON

2
                                                   By: ____/s/_____
3                                                      JOHN BRITTON
                                                       Attorneys for Defendants
4                                                      Auburn Honda & Jay Cooper

5

6  Dated:  April ____ , 2005                       By: ____/s/_____
                                                       MARTIN F. JENNINGS, JR.
7                                                      Attorneys for Plaintiff
                                                       DENISE YEAGER
8

9

10  IT IS SO ORDERED.

11  Dated: April 21, 2005

12
                                    _____William B. Shubb_____
13                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to Continue Trial
- 3 -