MARTIN F. JENNINGS, Jr. SBN 040876
STEPHAN A. MANDELL    SBN 095461
P.O.Box 2239
Granite Bay, CA 95746

Telephone:  (916) 791-2374
Fax:         (916) 791-3195

Attorneys for Plaintiff
DENISE YEAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE YEAGER,<br><br>              Plaintiffs,<br><br>      vs.<br><br>AUBURN HONDA, JAY COOPER, JIMMY RAY MULLINS; AMERICAN HONDA MOTOR CO., INC., and DOES 1 through 30, inclusive,<br><br>              Defendants.<br>_____ | Case No.: CIV S-04-0912  WBS  GGH<br><br>STIPULATION OF THE PARTIES TO EXTEND THE CUT-OFF DATE FOR MOTIONS FROM 3/30/06 to 4/28/06 AND TO CONTINUE DEFENDANTS' SUMMARY JUDGMENT MOTION FROM 2/24/06 TO 4/17/06. |

IT IS HEREBY STIPULATED by and between the parties that good cause exists to extend the

present cut-off date for motions from 3/30/06 to 4/28/06 and to continue Defendants' Motion for Summary

Judgment currently set for 3/30/06 to 4/17/06.

The parties also agree to waive the discovery deadline of January 31, 2006 with reference to the

currently scheduled depositions of DeeAnna Keck and "The Person Most Knowledgeable".  Said depositions

are currently set for January 26th and January 27th, 2006.

Good cause herein consists of the following:

1.      Plaintiff's counsel of record MARTIN F. JENNINGS, Jr. has scheduled the deposition of

Defendant AUBURN HONDA corporate officer DEEANNA KECK and the Person Most Knowledgeable on

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

January 26 and 27th, 2006 respectively.  Defendants' counsels have indicated a conflict with these dates especially in light of the parties preparation for mediation scheduled for February 1 and 2, 2006.

2. The scheduled depositions are necessary for Plaintiff's opposition to the currently set Motion for Summary Judgment and the parties agree to continue these depositions provided that the Motion for Summary Judgment is continued until April 17, 2006.

3. Plaintiff's counsel MARTIN F. JENNINGS, Jr. has a paid, non-refundable vacation scheduled in Mexico which begins on February 15, 2006 and ends on March 18, 2006. This vacation has been booked since March 2005. Plaintiff's co-counsel STEPHAN MANDELL continues to be treated for serious injuries he suffered in February 2003 when his car was struck by a school bus. Mr. MANDELL is unavailable to assist in these matters, having had 4 surgeries in the last 18 months, plus 4 surgical procedures at UCLA during that time. Mr. MANDELL has not been able to return to even a consistent part-time schedule, and has now learned that his surgically repaired bones have become deformed, occasioning further surgery.

4. Extending the Motions deadline and continuing the Motion for Summary Judgment will not affect any other case timelines, including the present trial date.

IT IS SO STIPULATED:

Dated:  1/20/06                                          /S/
                                              _____
                                              Martin F. Jennings, Jr.
                                              Attorney for Plaintiff

Dated:  1/22/06                                          /S/
                                              _____
                                              John Britton
                                              WRIGHT and BRITTON
                                              Attorney for Defendants Auburn Honda
                                              and Jay Cooper

PDF created with pdfFactory trial version www.pdffactory.com

1

2       Dated:  1/23/06

3

4                      /S/

                           _____

5                      Daniel Costa

                      Attorney for Defendant Jim Mullins

6

7

8       GOOD CAUSE APPEARING HEREIN, the discovery cut-off date for the two depositions

9 referenced above is extended to March 30, 2006. The cut-off date for Motions is extended from February 24,

10 2006 to April 28, 2006. Defendants' Motion for Summary Judgment is continued to April 17, 2006.

11

12 Dated:  January 25, 2006

13

14 ~~William B. Shubb~~

    WILLIAM B. SHUBB

15    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com