WRIGHT & BRITTON
An Association of Attorneys
JOHN A. BRITTON - CBA NO. 055490
HAROLD C. WRIGHT - CBA NO. 044400
3001 Douglas Boulevard, Suite 350
Roseville, CA 95661
Telephone: (916) 781-2050
Facsimile: (916) 782-7560

Kurt T. Hendershott - CBA NO. 131036
CHAPMAN & INTRIERI, LLP
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501-1089
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for Defendants AUBURN HONDA and JAY COOPER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE YEAGER, | CASE NO. CIV.S-04-0912 WBS GGH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| AUBURN HONDA, JAY COOPER, JIMMY RAY MULLINS, AMERICAN HONDA MOTOR CO., INC., and DOES 1 through 30, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED,** by and between the parties, through their attorneys of record, with the full consent of the parties, that the action filed in the United States District Court for the Eastern District of California entitled *Denise Yeager vs. Auburn Honda, Jay Cooper, Jimmy Ray Mullins, American Honda Motor Co., Inc., et al.*, Case No. *CIV.S-04-0912 WBS GGH*, be dismissed, in its entirety, without leave to amend and with prejudice, as to all Defendants.

DATED:   3-27-06                    LAW OFFICES OF MARTIN F. JENNINGS, JR.

By: /s/Martin-Jennings
MARTIN F. JENNINGS, JR.
Attorney for Plaintiff DENISE YEAGER

-1-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

```
1  DATED:  3-27-06              WRIGHT & BRITTON
2
                                By: /s/John-Britton
3                                   JOHN A. BRITTON
                                    Attorneys for Defendants
4                                   AUBURN ASSOCIATES, INC.,
                                    DBA AUBURN HONDA and JAY COOPER
5
6  DATED:  3-27-06              CHAPMAN & INTRIERI LLP
7
                                By: /s/Kurt-Hendershott
8                                   KURT T. HENDERSHOTT
                                    Co-Counsel for Defendants
9                                   AUBURN HONDA and JAY COOPER
10
11 DATED:  3-9-06               THE COSTA LAW FIRM
12
                                By: /s/Daniel-Costa
13                                  DANIEL P. COSTA
                                    Attorneys for Defendant
14                                  JIMMY RAY MULLINS
15
16
17                                  **ORDER**
18     IT IS SO ORDERED.
19
20 DATED: May 24, 2006
21
22                              [signature]
                                WILLIAM B. SHUBB
23                              UNITED STATES DISTRICT JUDGE
```

-2-
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**